IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

SHOLEM GREENFELD,

                    Plaintiff,             Court File No.:  19-cv-5490-ILG-RML

v.                                       Judge:  I. Leo Glasser
                                                       Magistrate: Robert M. Levy

MRS BPO, LLC,

                    Defendant.

-------------------------------------------------------X

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

      Defendant MRS BPO, LLC ("MRS"), as and for its Answer to the claims asserted by Plaintiff Sholem Greenfeld ("Plaintiff"), states as follows:

      MRS denies that it violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.,* the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.,* and any other state or federal law with regard to Plaintiff and further denies any and all damages, liability, and/or violations to the extent alleged therein.

## AFFIRMATIVE DEFENSES

      MRS reserves its right to assert additional affirmative defenses as may be applicable upon the filing of a Complaint by Plaintiff.

## FIRST AFFIRMATIVE DEFENSE

      Plaintiff has failed to state a claim against MRS upon which relief can be granted.

1

## SECOND AFFIRMATIVE DEFENSE

Pursuant to 15 U.S.C. § 1692k(c), to the extent a violation(s) is established and in the event MRS is found to be a debt collector as defined in the FDCPA, which is specifically denied, any such violation(s) was not intentional and resulted from a *bona fide* error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

## THIRD AFFIRMATIVE DEFENSE

Assuming Plaintiff suffered any damages, Plaintiff has failed to mitigate his damages or take other reasonable steps to avoid or reduce his damages.

## FOURTH AFFIRMATIVE DEFENSE

Should Plaintiff bring this matter on behalf of a class, Plaintiff fails in whole or in part to satisfy the requirements for a class action.

## FIFTH AFFIRMATIVE DEFENSE

Should Plaintiff bring this matter on behalf of a class, this action should not be maintained as a class action because individual questions predominate over common questions of law and fact, and a class action is not superior to other available methods for the fair and efficient adjudication of the matter.

**WHEREFORE,** MRS prays for an order and judgment of this Court in its favor against Plaintiff as follows:

1. Dismissing all causes of action against MRS with prejudice and on the merits; and,

2. Awarding MRS such other and further relief as the Court deems just and equitable.

4850850v1

Dated:  October 3, 2019     By <u>/s/ Michael T. Etmund</u>
          Michael T. Etmund, NY REG # 5168331
          Moss & Barnett, PA
          150 South Fifth Street, Suite 1200
          Minneapolis  MN  55402-4129
          Telephone:  (612) 877-5000
          Facsimile:  (612) 877- 5050
          Michael.Etmund@lawmoss.com

          Aleksander Powietrzynski, Esq.
          Winston & Winston, P.C.
          155 E 44th Street, 5th Floor, Suite 142
          New York, New York 10017
          Tel: 212-922-9483
          Alex@winstonandwinston.com
          Attorneys for Defendant

4850850v1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 3, 2019, the foregoing document was filed with the Clerk

of the Court and served in upon the following non-ECF parties via U.S. mail:

Sholem Greenfeld
929 E 22nd Street
Brooklyn, NY 11210
*Pro Se Plaintiff*

/s/ Michael T. Etmund
Michael T. Etmund

4